UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                22 CR. 64 (RMB)

   -against-

                **ORDER**

PRINCE WAREHAM,
                Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the initial pretrial conference scheduled for Tuesday, March 1, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 6400

Dated: February 23, 2022
       New York, NY

                                _____
                                RICHARD M. BERMAN
                                U.S.D.J.