UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

       22 CR. 64 (RMB)

   -against-

**<u>ORDER</u>**

PRINCE WAREHAM,
              Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, April 7, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6400

Dated: March 30, 2022
      New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                        U.S.D.J.