**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,

       -against-

PRINCE WAREHAM,
                        Defendants.
------------------------------------------------------------X

                      22 CR. 64 (RMB)

                      **<u>ORDER</u>**

       In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, June 14, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 6400

Dated: June 8, 2022
       New York, NY

                            _Richard M. Berman_
                      _____
                        RICHARD M. BERMAN
                          U.S.D.J.