UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                            22 CR. 64 (RMB)
   -against-

                                            **ORDER**

PRINCE WAREHAM,
                Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, July 26, 2022 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 6400

Dated: July 20, 2022
       New York, NY

                                                          _____
                                                            RICHARD M. BERMAN
                                                                U.S.D.J.