**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 23, 2022

By ECF
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Prince Wareham**
      **22 Cr. 64 (RMB)**

Dear Judge Berman,

    I write to request that the Court adjourn the status conference scheduled for Tuesday, July 26, 2022, for approximately 30 days.

    Since the Supreme Court's recent decision in United States v. Taylor, 142 S. Ct. 2015 (2022), the parties have been engaged in discussions regarding its impact on a potential resolution of Mr. Wareham's case. Given that those conversations are ongoing, we ask for additional time to complete them.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Counsel for Mr. Wareham

---

Application granted. Conference adjourned to Thursday, August 25, 2022 at 10:30 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 7/22/22

Richard M. Berman, U.S.D.J.