# BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

August 22, 2022

**By ECF**
Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                      Re:    *United States v. Prince Wareham*
                              **22 Cr. 064 (RMB)**

Dear Judge Berman:

      I write to respectfully request that the Court adjourn the status conference scheduled for Thursday, August 25, 2022, for approximately 45 days. On August 3, 2022, due to a conflict with prior counsel, this Court appointed the undersigned to represent Prince Wareham in the above-referenced matter. An adjournment would afford additional time for the defense to continue reviewing discovery and for the parties to continue discussions in an attempt to reach a pretrial resolution. The Government consents to this request. Accordingly, it is respectfully requested that the conference be adjourned to a date in approximately 45 days convenient to the Court.

      Given the nature of the request, the defense consents to the exclusion of time under the Speedy Trial Act until the new date. The Court's time and attention to this matter are greatly appreciated.

                                                  Respectfully submitted,

                                                    Michael D. Bradley, Esq.
                                                    Counsel for Mr. Wareham

---

Application granted. Conference adjourned to Thursday, September 15, 2022 at 11:00 AM. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 8/22/22

*Richard M. Berman, U.S.D.J.*