UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

                                              22 CR. 64 (RMB)

  -against-

                                              **ORDER**

PRINCE WAREHAM,
           Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Thursday, September 15, 2022 at 11:00 AM is hereby rescheduled to 9:00 AM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 2264

Dated: August 30, 2022
       New York, NY

                                                         RICHARD M. BERMAN
                                                           U.S.D.J.