**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

PRINCE WAREHAM,
                Defendant.
------------------------------------------------------------X

22 CR. 64 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, November 3, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 562 709 071#

Dated: October 27, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.