**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

      -against-

PRINCE WAREHAM,
                Defendants.
------------------------------------------------------------X

22 CR. 64 (RMB)

**<u>ORDER</u>**

      The plea scheduled for Wednesday, December 7, 2022 at 9:00 A.M. will be held in Courtroom 17B.

Dated: December 1, 2022
      New York, NY

                                      _____
                                        RICHARD M. BERMAN
                                          U.S.D.J.