**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
                Government,  :   22 CR. 64 (RMB)
:
  - against -  :   **ORDER**
:
PRINCE WAREHAM,  :

                Defendant.  :
------------------------------------------------------------x

        The status conference scheduled for Tuesday, January 31, 2023 at 12:30 P.M. will take place in Courtroom 17B.

Dated: January 25, 2023
       New York, NY

                                            RICHARD M. BERMAN
                                                U.S.D.J.