**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

- against -

PRINCE WAREHAM,

                Defendant.
------------------------------------------------------------x

22 CR. 64 (RMB)
11 CR. 912 (RMB)

**ORDER**

The sentencing previously scheduled for Tuesday, June 27, 2023 at 10:00 A.M. is hereby rescheduled to Tuesday, July 18, 2023 at 9:00AM.

The proceeding will be held in Courtroom 17B.

Dated: June 21, 2023
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.